

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Pennsylvania
## _____ Division

Case No. **1:19-CV-1658**
(to be filled in by the Clerk's Office)

**JOHN J. BARNOCK (JR.)**
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**"See attached"**
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**FILED**
**SCRANTON**

SEP 2 5 2019

PER _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

United States District Court
for the
Middle District of Pennsylvania

"See attached"

\* Defendant(s) \*

1) WARDEN E. BRADLEY  2) A.W. ECKERT
3) CAPTAIN J. BERKTHSHER  4) DR. NORCROSS
5) PA WALTERS  6) DR. MOWATT
7) LT HELMS  8) LT ROSLARE
9) LT WEAVER
10) CO C. VRABEL  11) CO BESTEN
12) CO K. KLINGER  13) CO PORTER
14) CO K. MCCARTHY  15) CO J. ROMAN
16) CO B. PRICE  17) C.O. A. BURGH
18) CO S. LAMBERT  19) CO FULLER
20) CO J. KUDEY
21) UNIT MANAGER JOHNSON
22) CASE MANAGER FARRARAH
23) COUNSLER OLVER

Attachment 1

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JOHN J. BARNOCKY JR.
All other names by which you have been known:
ID Number: 26173-657
Current Institution: USP Canaan
Address: 3057 Eric J. Williams Memorial Dr.
Waymart, PA 18472
City / State / Zip Code

### B. The Defendant(s) — "See Attached" 2nd Attachment

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: E. BRADLEY
Job or Title *(if known)*: Warden
Shield Number:
Employer: F.B.O.P.
Address: Same as above
City / State / Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Mr. ECKERT
Job or Title *(if known)*: Assistant Warden
Shield Number:
Employer: F.B.O.P.
Address: Same as above
City / State / Zip Code
☑ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: J. BERKIHSHER
Job or Title (if known): Captain
Shield Number:
Employer: F.B.O.P.
Address: " Same as above "

City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

**Defendant No. 4**
Name: Dr. NORCROSS
Job or Title (if known): Psychologist
Shield Number:
Employer: F.B.O.P.
Address: " Same as above "

City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? First and Eigth Amendment Rights, Right to proper Medical Care, Right to be free from Threats against my life & safety from Guards, Right to use the Law Library and have Legal Books, Right to use the phone, Right to get Hygiene Supplies

2nd Attachment

B. *Attachment* the Defendant(s)
- All Defendents being sued in their Individual and Official Capacity.
- All Addresses are the same.
3057 ERIC J. Williams Memorial Dr. Waymart, Pa. 18472
- All Employer is the same, F.B.O.P.

No. 5 - Name - Mrs. WALTERS
   Job Title - PHYSICIANS ASSISTANT
No. 6 - Name - DR MONATT
   Job Title - USP CANAAN Doctor
No. 7, 8, 9 - Job Title - LIEUTENANTS
   .7 - NAME - HELMS   .8 - NAME - ROSLARE
   .9 - NAME - WEAVER
No. 10 - 20 - Job Title - Correctional Officers
   .10 - NAME - C. VRABEL   .11 - NAME - BESTEN
   .12 - NAME - K. KLINGER   .13 - NAME - PORTER
   .14 - NAME - K. McCARTHY   .15 - NAME - J. ROMAN
   .16 - NAME - B. PRICE   .17 - NAME - A. BURGH
   .18 - NAME - S. LAMBERT   .19 - NAME - FULLER
   .20 - NAME - J. KUDEY
No. 21 - 23 - IS Unit TEAM
   .21 - NAME - JOHNSON
       Job Title - Unit MANAGER
   .22 - NAME - FARRARAH
       Job Title - Case Manager
   .23 - NAME - OIVER
       Job Title - Counselor

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

"See Attached" 3rd Attachment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

"See Attached" (3rd Attachment)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached" (4th, 5th, 6th & 7th Attachment)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Claim 7 — On 4-22-19 I was taken to Medical observation for suicide watch (on camera) C.O. PORTER put the Handcuffs/Restraints extra tight and Hurt my left wrist, with no medical attention or record or photos! My left wrist Hurts still!

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"See Attached" (8th Attachment)

3rd Attachment

IV. Statement of Claim - B. & C.
    B. Where & When
    C. Date & Time
         All CLAIMS - USP Canaan SHU

Claim 1    3-5-19 - after 4pm count (on-camera)
Claim 2    3-6-19 - early am        (on-camera)
Claim 3    3-20-19 - 6-8 pm         (on-camera)
Claim 4    3-27-19 -                (on-camera)
Claim 5    4-14-19 -                (on-camera)
Claim 6    4-18-19 - 6-8 pm         (on-camera)
Claim 7    4-22-24-19 - Day watch   (on-camera)
Claim 8    5-9-19 - after dinner (subpoenaed phone call)
Claim 9    6-19, 20-19 - 4pm count  (on-camera)
Claim 10   7-4-19 - Day watch       (on-camera)
Claim 11   7-19, 20-19 - 2 pm       (on-camera)
Claim 12   7-30-19 - early am       (on-camera)
Claim 13   8-7-19 - walk-thru       (on-camera)
Claim 14   8-10-19 -                (on-camera)
Claim 15   8-16-19 - early am       (on-camera)
Claim 16   8-23, 24-19 - 2-4 pm     (on-camera)
Claim 17   8-28-19 - after dinner (subpoenaed phone call)
Claim 18   Every Commissary Day - Sales of BobBarker Indigent Soap & Deodorandt, Giving our Magazine Subscriptions to the SHU orderly to read instead of putting them in our Property!

4th Attachment

IV. Statement of Claim - D.

claim 1 - On 3.5.19, I was called out of commissary to "a" see Psychology, there I saw Dr. Norcross, and she said, I must go to pill line and take my medication, because E-2 Unit officers say I was acting wierd? I stopped taking my meds. and the C.O.'s didn't like. I am white in a Black car.

Why would I be forced to take medication? When I went back to the unit, I put my commissary up. I just bought Steph Curry Basketball sneakers, and then about 20 C.O.'s came and escorted me to the Lt.'s office, no one knew what was going on! Strangely I saw Dr. Norcross there, then the alarm rang and a fight took place. I was sick, coughing and couldn't breathe, I was told I'd be seen by medical in SHU. Once in SHU I was being taken to the cell, Z-204, and C.O. Burgh was standing there (on-camera), I explained, I can't breathe I need to see medical. C.O. A. Burgh said, "I'm going to smash your head against the wall and then you'll really need Medical!"

Then he took me to a holding cage. Witnesses - Larry D. Silmon #25009-075, Jalil Williams #08901-028, Jervon Z. Williams.

claim 6 - 4.18.19 - After I wrote a BP-8 and BP-9 (signed by WARDEN E. BRADLEY) (Exhausting my Administrative Remedies) Explaining how I fear my life is in danger. (on-camera) A. Burgh came in cell Z-203 and took the 8 & 9 so I couldn't follow thru with the PLRA procedure.

5th Attachment

Claim 2 - 3.6.19 - (on-camera) C.O. C. VRABEL and C.O. Porter called me a Fag, Cho-Mo, put us in paper clothes, violating F.B.O.P. Program Statement 541."31(c) and was seen by Medical, given steroids for possible Pnemonia. - (see medical Records)

Claim 3 - 3.20.19 - (on-camera) C.O. J. ROMAN and C.O. S. Lambert - Tore towel, Trashed Property (2241 Motion) All my criminal case Documents, Personal Books, Stamps, shower shoes (with reciepts) put in Paper, with witnesses: Jalil Williams, Larry D. Silmon, Jervon Z. Williams, LT HELMS said he's going to testify

Claim 4 3-27-19 put in paper - changed diet to Common Fare - got sick - Fear of being poisoned (on-camera) witness Larry D. Silman

Claim 5 4-14-19 - (on-camera) put in paper Lt. ROSLARE, property Trashed - Legal work, personal books, stamps, shower shoes (reciepts)

Claim 6 - see Claim 1.

Claim 7 - See Section V. Injuries (on-camera).

Claim 8 - 5.9.19 - (subpoenaed phone call)

Claim 9 - 6.19, 20.19 - J. Roman & K. McCarthy opened Sealed Legal Mail stoped at cell & told my celly to Read my mail, Also Told Dr. Vogt - Psychology - I was talking about him.? Dr. Vogt is a witness to all these claims.

## 6th Attachment

claim 10 - 7·4·19 - (on-camera) C.O.'S C. VRABEL, J. KUDEY, Basten and Fuller pulled my celly Jayson Nez # 80202-008 and I out to SHU Holding cages, C.O. C. VRABEL had paperwork, he said was my P.S.I., Said it says I am a sex offender? I've never ever been charged or convicted of a sex offense! They bribed Mr. Nez to assault me! Put us in paper clothes and drew a Giant Penis on the wall.

claim 11 - 7·19, 20·19 - (on-camera) - CO B. PRICE, K. McCarthy, S. Lambert refused me hygeine supplies. Z-113

claim 12 - 7·30·19 - (on-camera) C.O.'S K. Klinger, Fuller said, "Let's go mess with Big mouth Barnocky.com", Took my property, Shower shoes (with reciepts) stamps, Personal Books, Family photos, Legal Documents, 4 Manuscripts: 1.) Memoir: Life in a Nuts'shell © and a Trilogy/ Novels: Betrayal ©, Knights ©, Ghost © that I'm writing and getting published!

claim 13 - 8·7·19 - (on-camera) - Walk-thru, gave S.T.S. Mrs. Bodge Bp-8's & Letter about violations C.O.'s are doing. Because Counsler Olver never came to see me or take Bp-8's.

claim 14 - 8·10·19 - (on-camera) Gave chaplin complaints about C.O. refusing me the phone and I haven't spoke to my mother Julie Barnocky my Emergency Contact in 3 months. So he called her for me 8·16·19 (subpoenaed phone call) Also diet was changed to common Fare because I believe they were poisoning my food!

### Attachment

claim 15  8·16·19 – (on-camera) PA Walters came by Z-112 and I told her I'm concerned about my medication being stopped, and have repeatedly wrote sick-calls about my pain and medications! Never got a solid answer! Also E-1 counsler Mrs. Brandenburg told me she will bring my BP-8's & a 9 to me; she never did.

claim 16  8·23, 24·19 – (on-camera) with witnesses Frankie Beqiraj #79191-054 and Turhan F. Jessamy #65255-054 C.O. B. PRICE refused me Hygiene supplies, said "OH BARNOCKY, you trying to sue me, you ain't got shit coming", I read your mail I know everything. That mail was sealed-Legal Mail!

claim 17  8·28·19 – (on-camera) with witnesses Mr. Beqiraj and Jessamy, C.O.'s K. McCarthy and J. Roman refused me the phone. C.O. K. McCarthy said, he's scared I would say his name, if he gave it to me!? – (Subpoenaed phone call)!

claim 18  How Does USP Canaan sell Bob Barker Indigent soap and Deoderandt on SHU Commissary, and Why do they give our Magazine Subscriptions to the SHU orderly to read instead of putting them in our property?

8th Attachment

## VI. Relief

All the claims here within are specific times and dates that the officers violated my Prisoner's Constitutional Rights, that I chose to keep track of, over 6 months of stress, Harassment, Fear for my life & safety, Physical pain, Being refused the Phone to call my 72 year old mother who has Leukimia and Diabetes, Hoping to file a 2241 motion for Immediate Release thru U.S. vs. Davis, then the officers throwing it away in the trash, trashing my Family photos Deceased Grandmother, Brother (Barnocky.com), nephew and sister-in-law, Personal Books, Stamps, and most important to me my Manuscripts. Being refused the Law Library, Hygiene, razors, clothing exchange. Also bad/wrong medical care. I'm requesting Medical Records for the Law Suit! This is the tip of the Ice-berg. For my safety I want to be Transferred and I want a legal name change immediately, the officers threatened my Life and my Familys! I am requesting money damages of $500,000.00, with all the time involved with the suit, the Witnesses - Defendants and their violations, Attorney's Fees, Loss of priceless Manuscripts and Family photos, Doctors involvement for sales of Bob Barker soap.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP CANAAN
3057 Eric T. Williams Memorial Dr.
Waymart, Pa. 18472

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Life being threatened by C.O.'s, Food being poisoned, Name slandered, Property thrown out, Prisoners bribed to assault other Prisoners, Being refused Hygiene, Kept in paper clothes, Written false Incident Reports, Refused the phone & Law Library, Legal Mail opened and read!

Page 6 of 11

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? In SHU thru Unit Team - Unit Manager Johnson E-1 Counselor Mrs. Brandenburg

2. What did you claim in your grievance? All violations mentioned in part (C) of part VII. (previous page)

3. What was the result, if any? Nothing Really. However 1 time Warden E. Bradley responded to a BP-9 only to have CO A-Burgh do a cell search on 4.18.19 (on-camera) and took it. So I couldn't appeal! After not 3's back or 9's for my 8's!

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
I wrote to the North East Regional office and sent Felton Judge thru ___ ___ ___ ___ at my ___ ___ And ___ ___ ___ ___ Law suit! He has ___ ___ filed document to ___ ___ ___ ___ ___ ___

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I did give SIS Bridges (en Camera) all my BP-8 and request for BP-9's, I wrote BP-7's to E-1 Unit's for Mrs. Brandenburg, never got em back, I wrote to Mrs. Carter at Jr. DR, with no witness.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) JOHN J. FARNGULI JR.
   Defendant(s) Coleman E. Guard and Tucson Guards

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Coleman FL., Tucson AZ.

3. Docket or index number
   Don't know

4. Name of Judge assigned to your case
   Don't know

5. Approximate date of filing lawsuit
   Don't know

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition  Don't know

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   I don't know the laws

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/14/19

Signature of Plaintiff: John J. Barnoparty Jr.
Printed Name of Plaintiff: JOHN J. BARNOPARTY JR.
Prison Identification #: 26173-057
Prison Address: USP CANAAN POB 300
WAYMART, PA 18472
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____

