## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN J. BARNOCKY, JR.,** | : | **CIVIL ACTION NO. 1:19-CV-1658** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **E. BRADLEY**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 26th day of November, 2019, upon consideration of

plaintiff's complaint (Doc. 1) and motion (Doc. 7) to proceed *in forma pauperis*,

and for the reasons stated in the accompanying memorandum of today's date, it is

hereby ORDERED that:

1. Plaintiff's application (Doc. 7) to proceed *in forma pauperis* is GRANTED.

2. Plaintiff is granted leave to file an amended complaint on or before **Tuesday, December 24, 2019**. Any amended complaint shall comply with the Federal Rules of Civil Procedure, specifically Rules 8 and 20 as detailed in the accompanying memorandum.

3. The amended complaint shall contain the same case number that is already assigned to this action, 1:19-CV-1658, shall be direct and concise, and shall stand alone without reference to any other document filed in this matter.

4. Plaintiff is admonished that failure to amend his pleading to cure the deficiencies identified in the accompanying memorandum may result in dismissal of the complaint for failure to comply with Rule 8(a) or severance of improperly joined defendants under Federal Rule of Civil Procedure 21.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania