IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN J. BARNOCKY,** | : CIVIL ACTION NO. 1:19-CV-1658 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **E. BRADLEY,** *et al.*, | : |
| **Defendants** | : |

# ORDER

AND NOW, this 2nd day of March, 2021, upon consideration of defendants' motion (Doc. 21) to dismiss or, in the alternative, for summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 21) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania